**Order entered August 4, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

| | |
|---|---|
| No. 05-21-00621-CR | No. 05-21-00622-CR |
| No. 05-21-00623-CR | No. 05-21-00624-CR |
| No. 05-21-00627-CR | No. 05-21-00628-CR |
| No. 05-21-00629-CR | No. 05-21-00630-CR |
| No. 05-21-00634-CR | No. 05-21-00635-CR |
| No. 05-21-00636-CR | No. 05-21-00637-CR |

**BRANDIE OLIVAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22537-K, F18-41244-K, F18-45948-K, F19-14122-K, F19-14136-K, F20-22413-K, F20-22447-K, F20-41532-K, F19-40342-K, F20-22421-K, F20-45665-K & F20-45679-K**

**ORDER**

We **REINSTATE** these appeals.

On June 24, 2022, we abated for a hearing to determine why appointed counsel had not complied with our May 17, 2022 order. While the trial court did

not hold a hearing, counsel tendered a July 25, 2022 *Anders* brief in all twelve appeals, along with a motion to extend time.

In the interest of expediting these appeals, we **VACATE** our June 24th order to the extent it required a hearing and findings.

We **GRANT** the July 25, 2022 motion to extend time to file a brief and **ORDER** the *Anders* brief filed as of the date of this order. We **STRIKE** the May 9th brief and **DENY** the May 9th motion for an extension of time as moot.

We **DIRECT** the Clerk to send copies of this order to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; to Sherri Williams, court coordinator, Criminal District Court No. 4; to Christina O'Neil, Chief Judicial Staff Counsel; to Valencia Bush; and to the Dallas County District Attorney's Office, Appellate Division.

/s/    BILL PEDERSEN, III
        JUSTICE